37874. CHILDRESS et al. v. FARRIS et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur, except Smith, J., who dissents.*

DECIDED JANUARY 6, 1982.

*William P. Walker, Jr.,* for appellants.
*Franklin N. Biggins,* for appellees.